Aveanna Healthcare AS, LLC  400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339  +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 12/21/2025 | 12/27/2025 | 01/02/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.50 | 1,548.54 | 35.00 | 225.73 | 0.00 | 1,287.81 |
| YTD | 40.50 | 1,548.54 | 35.00 | 225.73 | 0.00 | 1,287.81 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Premium | 12/21/2025 - 12/27/2025 | 0.500001 | 19 | 9.51 | 9.51 |
| Shift Pay | 12/21/2025 - 12/27/2025 | 40.50000 | 38 | 1,539.03 | 1,539.03 |
| Earnings | | | | 1,548.54 | 1,548.54 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 96.01 | 96.01 |
| Medicare | 22.45 | 22.45 |
| Federal Withholding | 42.16 | 42.16 |
| State Tax - PA | 47.54 | 47.54 |
| SUI-Employee Paid - PA | 1.08 | 1.08 |
| City Tax - OLYPH | 15.49 | 15.49 |
| PA LST - OLYPH | 1.00 | 1.00 |
| Employee Taxes | 225.73 | 225.73 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Traditional | 35.00 | 35.00 |
| Pre Tax Deductions | 35.00 | 35.00 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Employer Match | 17.50 | 17.50 |
| Employer Paid Benefits | 17.50 | 17.50 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,548.54 | 1,548.54 |
| Medicare - Taxable Wages | 1,548.54 | 1,548.54 |
| Federal Withholding - Taxable Wages | 1,513.54 | 1,513.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chime | Chime | ******1397 | | 1,287.81 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339    +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 12/28/2025 | 01/03/2026 | 01/09/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 46.07 | 1,865.82 | 35.00 | 308.16 | 0.00 | 1,522.66 |
| YTD | 86.57 | 3,414.36 | 70.00 | 533.89 | 0.00 | 2,810.47 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Overtime Premium | 12/28/2025 - 01/03/2026 | 6.066667 | 19 | 115.27 | 124.78 | Social Security | 115.68 | 211.69 |
| Shift Pay | 12/28/2025 - 01/03/2026 | 46.06666 | 38 | 1,750.55 | 3,289.58 | Medicare | 27.06 | 49.51 |
| | | | | | | Federal Withholding | 87.17 | 129.33 |
| | | | | | | State Tax - PA | 57.28 | 104.82 |
| | | | | | | SUI-Employee Paid - PA | 1.31 | 2.39 |
| | | | | | | City Tax - OLYPH | 18.66 | 34.15 |
| | | | | | | PA LST - OLYPH | 1.00 | 2.00 |
| Earnings | | | | 1,865.82 | 3,414.36 | Employee Taxes | 308.16 | 533.89 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 35.00 | 70.00 |
| Pre Tax Deductions | 35.00 | 70.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 17.50 | 35.00 | OASDI - Taxable Wages | 1,865.82 | 3,414.36 |
| | | | Medicare - Taxable Wages | 1,865.82 | 3,414.36 |
| Employer Paid Benefits | 17.50 | 35.00 | Federal Withholding - Taxable Wages | 1,830.82 | 3,344.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chime | Chime | ******1397 | | 1,522.66   USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339    +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 01/04/2026 | 01/10/2026 | 01/16/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 25.63 | 974.08 | 35.00 | 115.83 | 0.00 | 823.25 |
| YTD | 112.20 | 4,388.44 | 105.00 | 649.72 | 0.00 | 3,633.72 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Overtime Premium | | | 0 | | 124.78 | Social Security | 60.39 | 272.08 |
| Shift Pay | 01/04/2026 - 01/10/2026 | 25.63333 | 38 | 974.08 | 4,263.66 | Medicare | 14.12 | 63.63 |
| | | | | | | Federal Withholding | 0.00 | 129.33 |
| | | | | | | State Tax - PA | 29.90 | 134.72 |
| | | | | | | SUI-Employee Paid - PA | 0.68 | 3.07 |
| | | | | | | City Tax - OLYPH | 9.74 | 43.89 |
| | | | | | | PA LST - OLYPH | 1.00 | 3.00 |
| Earnings | | | | 974.08 | 4,388.44 | Employee Taxes | 115.83 | 649.72 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 35.00 | 105.00 |
| Pre Tax Deductions | 35.00 | 105.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 17.50 | 52.50 | OASDI - Taxable Wages | 974.08 | 4,388.44 |
| | | | Medicare - Taxable Wages | 974.08 | 4,388.44 |
| Employer Paid Benefits | 17.50 | 52.50 | Federal Withholding - Taxable Wages | 939.08 | 4,283.44 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime | ******1397 | | 823.25 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339   +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 01/11/2026 | 01/17/2026 | 01/23/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 36.23 | 1,376.89 | 40.00 | 184.32 | 0.00 | 1,152.57 |
| YTD | 148.43 | 5,765.33 | 145.00 | 834.04 | 0.00 | 4,786.29 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Overtime Premium | | | 0 | | 124.78 | Social Security | 85.37 | 357.45 |
| Shift Pay | 01/11/2026 - 01/17/2026 | 36.23333 | 38 | 1,376.89 | 5,640.55 | Medicare | 19.97 | 83.60 |
| | | | | | | Federal Withholding | 20.97 | 150.30 |
| | | | | | | State Tax - PA | 42.27 | 176.99 |
| | | | | | | SUI-Employee Paid - PA | 0.97 | 4.04 |
| | | | | | | City Tax - OLYPH | 13.77 | 57.66 |
| | | | | | | PA LST - OLYPH | 1.00 | 4.00 |
| Earnings | | | | 1,376.89 | 5,765.33 | Employee Taxes | 184.32 | 834.04 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 40.00 | 145.00 |
| Pre Tax Deductions | 40.00 | 145.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 20.00 | 72.50 | OASDI - Taxable Wages | 1,376.89 | 5,765.33 |
| | | | Medicare - Taxable Wages | 1,376.89 | 5,765.33 |
| Employer Paid Benefits | 20.00 | 72.50 | Federal Withholding - Taxable Wages | 1,336.89 | 5,620.33 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime | ******1397 | | 1,152.57 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339    +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 01/18/2026 | 01/24/2026 | 01/30/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 45.28 | 1,749.48 | 40.00 | 272.93 | 0.00 | 1,436.55 |
| YTD | 193.72 | 7,514.81 | 185.00 | 1,106.97 | 0.00 | 6,222.84 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Overtime Premium | 01/18/2026 - 01/24/2026 | 0.28 | 19 | 5.32 | 153.47 | Social Security | 108.47 | 465.92 |
| Shift Pay | 01/18/2026 - 01/24/2026 | 40.28333 | 38 | 1,530.79 | 7,361.34 | Medicare | 25.36 | 108.96 |
| Overtime Premium | 01/11/2026 - 01/17/2026 | 1.23 | 19 | 23.37 | | Federal Withholding | 65.68 | 215.98 |
| Shift Pay | 01/11/2026 - 01/17/2026 | 5 | 38 | 190.00 | | State Tax - PA | 53.71 | 230.70 |
| | | | | | | SUI-Employee Paid - PA | 1.22 | 5.26 |
| | | | | | | City Tax - OLYPH | 17.49 | 75.15 |
| | | | | | | PA LST - OLYPH | 1.00 | 5.00 |
| Earnings | | | | 1,749.48 | 7,514.81 | Employee Taxes | 272.93 | 1,106.97 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 40.00 | 185.00 |
| Pre Tax Deductions | 40.00 | 185.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 20.00 | 92.50 | OASDI - Taxable Wages | 1,749.48 | 7,514.81 |
| | | | Medicare - Taxable Wages | 1,749.48 | 7,514.81 |
| Employer Paid Benefits | 20.00 | 92.50 | Federal Withholding - Taxable Wages | 1,709.48 | 7,329.81 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime | ******1397 | | 1,436.55 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339    +1 770-441-1580

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | | 275721 | 01/25/2026 | 01/31/2026 | 02/06/2026 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
| Current | | 42.50 | 1,643.86 | 40.00 | 247.82 | 0.00 | 1,356.04 |
| YTD | | 236.22 | 9,158.67 | 225.00 | 1,354.79 | 0.00 | 7,578.88 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Pay | 01/25/2026 - 01/31/2026 | 30.5 | 38 | 1,159.02 | 8,976.37 | Social Security | 101.92 | 567.84 |
| Overtime Premium | 01/11/2026 - 01/17/2026 | -1.23 | 19 | -23.37 | | Medicare | 23.84 | 132.80 |
| Overtime Premium | 01/11/2026 - 01/17/2026 | 1.23 | 19 | 23.37 | | Federal Withholding | 53.00 | 268.98 |
| Overtime Premium | 01/11/2026 - 01/17/2026 | 0.100001 | 19 | 1.91 | | State Tax - PA | 50.47 | 281.17 |
| Overtime Premium | 01/11/2026 - 01/17/2026 | 1 | 19 | 19.00 | | SUI-Employee Paid - PA | 1.15 | 6.41 |
| Overtime Premium | 01/18/2026 - 01/24/2026 | -0.28 | 19 | -5.32 | | City Tax - OLYPH | 16.44 | 91.59 |
| Overtime Premium | 01/18/2026 - 01/24/2026 | 0.28 | 19 | 5.32 | | PA LST - OLYPH | 1.00 | 6.00 |
| Overtime Premium | 01/18/2026 - 01/24/2026 | 0.416667 | 19 | 7.92 | 182.30 | | | |
| Shift Pay | 01/11/2026 - 01/17/2026 | 3.866667 | 38 | 146.94 | | | | |
| Shift Pay | 01/11/2026 - 01/17/2026 | 1 | 38 | 38.00 | | | | |
| Shift Pay | 01/18/2026 - 01/24/2026 | 1 | 38 | 38.00 | | | | |
| Shift Pay | 01/18/2026 - 01/24/2026 | 7 | 38 | 266.00 | | | | |
| Shift Pay | 01/18/2026 - 01/24/2026 | 0.133333 | 38 | 5.07 | | | | |
| Shift Pay | 01/18/2026 - 01/24/2026 | -1 | 38 | -38.00 | | | | |
| Earnings | | | | 1,643.86 | 9,158.67 | Employee Taxes | 247.82 | 1,354.79 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 40.00 | 225.00 |
| Pre Tax Deductions | 40.00 | 225.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 20.00 | 112.50 | OASDI - Taxable Wages | 1,643.86 | 9,158.67 |
| | | | Medicare - Taxable Wages | 1,643.86 | 9,158.67 |
| Employer Paid Benefits | 20.00 | 112.50 | Federal Withholding - Taxable Wages | 1,603.86 | 8,933.67 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chime | Chime | ******1397 | | 1,356.04    USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339   +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 02/01/2026 | 02/07/2026 | 02/13/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.53 | 1,550.43 | 40.00 | 225.58 | 0.00 | 1,284.85 |
| YTD | 276.75 | 10,709.10 | 265.00 | 1,580.37 | 0.00 | 8,863.73 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Overtime Premium | 02/01/2026 - 02/07/2026 | 0.533334 | 19 | 10.14 | 192.44 | Social Security | 96.12 | 663.96 |
| Shift Pay | 02/01/2026 - 02/07/2026 | 40.53333 | 38 | 1,540.29 | 10,516.66 | Medicare | 22.48 | 155.28 |
| | | | | | | Federal Withholding | 41.79 | 310.77 |
| | | | | | | State Tax - PA | 47.60 | 328.77 |
| | | | | | | SUI-Employee Paid - PA | 1.09 | 7.50 |
| | | | | | | City Tax - OLYPH | 15.50 | 107.09 |
| | | | | | | PA LST - OLYPH | 1.00 | 7.00 |
| Earnings | | | | 1,550.43 | 10,709.10 | Employee Taxes | 225.58 | 1,580.37 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 40.00 | 265.00 |
| Pre Tax Deductions | 40.00 | 265.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 20.00 | 132.50 | OASDI - Taxable Wages | 1,550.43 | 10,709.10 |
| | | | Medicare - Taxable Wages | 1,550.43 | 10,709.10 |
| Employer Paid Benefits | 20.00 | 132.50 | Federal Withholding - Taxable Wages | 1,510.43 | 10,444.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime | ******1397 | | 1,284.85 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339    +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 02/08/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.83 | 1,567.53 | 40.00 | 229.65 | 0.00 | 1,297.88 |
| YTD | 317.58 | 12,276.63 | 305.00 | 1,810.02 | 0.00 | 10,161.61 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Overtime Premium | 02/08/2026 - 02/14/2026 | 0.833334 | 19 | 15.84 | 208.28 | Social Security | 97.19 | 761.15 |
| Shift Pay | 02/08/2026 - 02/14/2026 | 40.83333 | 38 | 1,551.69 | 12,068.35 | Medicare | 22.73 | 178.01 |
| | | | | | | Federal Withholding | 43.84 | 354.61 |
| | | | | | | State Tax - PA | 48.12 | 376.89 |
| | | | | | | SUI-Employee Paid - PA | 1.09 | 8.59 |
| | | | | | | City Tax - OLYPH | 15.68 | 122.77 |
| | | | | | | PA LST - OLYPH | 1.00 | 8.00 |
| Earnings | | | | 1,567.53 | 12,276.63 | Employee Taxes | 229.65 | 1,810.02 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 40.00 | 305.00 |
| Pre Tax Deductions | 40.00 | 305.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 20.00 | 152.50 | OASDI - Taxable Wages | 1,567.53 | 12,276.63 |
| | | | Medicare - Taxable Wages | 1,567.53 | 12,276.63 |
| Employer Paid Benefits | 20.00 | 152.50 | Federal Withholding - Taxable Wages | 1,527.53 | 11,971.63 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime | ******1397 | | 1,297.88 | USD |

Aveanna Healthcare AS, LLC    400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339    +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 02/15/2026 | 02/21/2026 | 02/27/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,755.16 | 40.00 | 1,597.97 | 0.00 | 3,117.19 |
| YTD | 317.58 | 17,031.79 | 345.00 | 3,407.99 | 0.00 | 13,278.80 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| HERO PAY | 02/15/2026 - 02/21/2026 | 0 | 0 | 4,755.16 | 4,755.16 | Social Security | 294.82 | 1,055.97 |
| Shift Pay | | | 0 | | 12,068.35 | Medicare | 68.95 | 246.96 |
| Overtime Premium | | | 0 | | 208.28 | Federal Withholding | 1,037.34 | 1,391.95 |
| | | | | | | State Tax - PA | 145.98 | 522.87 |
| | | | | | | SUI-Employee Paid - PA | 3.33 | 11.92 |
| | | | | | | City Tax - OLYPH | 47.55 | 170.32 |
| | | | | | | PA LST - OLYPH | | 8.00 |
| Earnings | | | | 4,755.16 | 17,031.79 | Employee Taxes | 1,597.97 | 3,407.99 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 40.00 | 345.00 |
| Pre Tax Deductions | 40.00 | 345.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 20.00 | 172.50 | OASDI - Taxable Wages | 4,755.16 | 17,031.79 |
| | | | Medicare - Taxable Wages | 4,755.16 | 17,031.79 |
| Employer Paid Benefits | 20.00 | 172.50 | Federal Withholding - Taxable Wages | 4,715.16 | 16,686.79 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime | ******1397 | | 3,117.19 | USD |

Aveanna Healthcare AS, LLC   400 Interstate North Parkway, SE Suite 1600 Atlanta, GA 30339   +1 770-441-1580

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Robin Socci | Aveanna Healthcare AS, LLC | 275721 | 02/15/2026 | 02/21/2026 | 02/27/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.70 | 1,600.83 | 40.00 | 237.58 | 0.00 | 1,323.25 |
| YTD | 358.28 | 18,632.62 | 385.00 | 3,645.57 | 0.00 | 14,602.05 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| HERO PAY | | | | 0 | 4,755.16 | Social Security | 99.25 | 1,155.22 |
| Overtime Premium | 02/15/2026 - 02/21/2026 | 0.700001 | 77.42 | 54.20 | 262.48 | Medicare | 23.21 | 270.17 |
| Shift Pay | 02/15/2026 - 02/21/2026 | 40.70000 | 38 | 1,546.63 | 13,614.98 | Federal Withholding | 47.84 | 1,439.79 |
| | | | | | | State Tax - PA | 49.15 | 572.02 |
| | | | | | | SUI-Employee Paid - PA | 1.12 | 13.04 |
| | | | | | | City Tax - OLYPH | 16.01 | 186.33 |
| | | | | | | PA LST - OLYPH | 1.00 | 9.00 |
| Earnings | | | | 1,600.83 | 18,632.62 | Employee Taxes | 237.58 | 3,645.57 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Traditional | 40.00 | 385.00 |
| Pre Tax Deductions | 40.00 | 385.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Employer Match | 20.00 | 192.50 | OASDI - Taxable Wages | 1,600.83 | 18,632.62 |
| | | | Medicare - Taxable Wages | 1,600.83 | 18,632.62 |
| Employer Paid Benefits | 20.00 | 192.50 | Federal Withholding - Taxable Wages | 1,560.83 | 18,247.62 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chime | Chime | ******1397 | | 1,323.25 | USD |