Certificate Number: 17082-PAM-DE-040674682

Bankruptcy Case Number: 26-00562


17082-PAM-DE-040674682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2026, at 7:37 o'clock PM MST, ROBIN M SOCCI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 28, 2026      By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director