# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robin Marie Socci,<br>aka Robin M Socci, aka Robin Socci, | Chapter     7 |
| **Debtor 1** | Case No.     5:26−bk−00562−MJC |

Social Security No.:

xxx−xx−8084

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 11, 2026

**fnldecac** (05/18)