In re:

Case No. 26-00562-MJC

Robin Marie Socci

Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 2

Date Rcvd: Jun 11, 2026     Form ID: 318     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Marie Socci, 214 Cherry St, Dunmore, PA 18512-3021 |
| 5784747 | + | Gregg Lawrence Morris, Esq., Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5784748 | + | Jacob Pittack, 214 Cherry St, Dunmore, PA 18512-3021 |
| 5784749 | + | Joanne Marino, PO Box 317, Pocono Summit, PA 18346-0317 |
| 5784751 | + | Mychal Thomas Rutkowski, Esq., Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5784752 | | PayPal Operations, PO Box 45950, Omaha, NE 68145-0950 |
| 5784756 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5784758 | + | Vincent Barone, 51 The Oval, Staten Island, NY 10304-1160 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 11 2026 22:45:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5784741 | | EDI: SYNC | Jun 11 2026 22:45:00 | Barclays Bank/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 5784742 | | EDI: TSYS2 | Jun 11 2026 22:45:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5784743 | | EDI: CAPONEAUTO.COM | Jun 11 2026 22:45:00 | Capital One Auto Finance, Attn Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5785395 | + | EDI: AISACG.COM | Jun 11 2026 22:45:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5784744 | | EDI: PRA.COM | Jun 11 2026 22:45:00 | Capital One N.A., Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5784745 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2026 18:45:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5784746 | | EDI: DISCOVER | Jun 11 2026 22:45:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5784750 | ^ | MEBN | Jun 11 2026 18:41:24 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5784753 | | EDI: PRA.COM | Jun 11 2026 22:45:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5784755 | + | EDI: SYNC | Jun 11 2026 22:45:00 | SYNCB/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5784754 | | EDI: SYNC | Jun 11 2026 22:45:00 | SYNCB/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 5784757 | Email/Text: edbknotices@ecmc.org | | Jun 11 2026 18:45:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5784761 | | EDI: WFFC2 | Jun 11 2026 22:45:00 | WFBNA Card, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 5784759 | + | EDI: WFFC2 | Jun 11 2026 22:45:00 | Wells Fargo, Attn: Bankruptcy, 420 Montgomery St, San Francisco, CA 94104-1298 |
| 5784760 | + | EDI: WFAUTO | Jun 11 2026 22:45:00 | Wells Fargo, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Robin Marie Socci usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | | | |
|---|---|---|---|
| Debtor 1 | **Robin Marie Socci** | Social Security number or ITIN | xxx–xx–8084 |
| | First Name    Middle Name    Last Name | EIN | __–_____ |
| Debtor 2 | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | __–_____ |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:26–bk–00562–MJC

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin Marie Socci
aka Robin M Socci, aka Robin Socci

**By the court:**

6/11/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:26-bk-00562-MJC   Doc 14   Filed 06/13/26   Entered 06/14/26 00:26:46   Desc
Imaged Certificate of Notice    Page 4 of 4